**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BOARD OF TRUSTEES OF THE CITY**
**OF LARGO POLICE OFFICERS' &**
**FIREFIGHTERS' RETIREMENT PLAN,**

    **Plaintiff,**

v.                                                                   Case No.  8:05-cv-838-T-30TGW

**PEA CAPITAL, LLC,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement and Request for Removal of this Action from the Court's Docket (Dkt. #38) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 2, 2007.

Copies furnished to:
Counsel/Parties of Record

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

F:\Docs\2005\05-cv-838.dismissal 38.wpd